

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00238-CV

Erasmo **FIGUEROA**,
Appellant

v.

**VILLAS OF VISTA DEL NORTE**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 2015CV01973
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Appellant's brief in this case was due to be filed on or before September 9, 2015. Appellant has failed to file the brief or a motion for extension of time.

It is ORDERED Appellant shall file the appellant's brief on or before October 9, 2015. Given the delay in this case and lack of involvement in the appeal, NO FURTHER EXTENSIONS WILL BE ALLOWED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court